# United States Court of Appeals

## For the First Circuit

---

No. 02-1953

UNITED STATES OF AMERICA,

Appellee,

v.

BRIAN GOODINE, a/k/a DWAYNE GOODINE,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on April 9, 2003 is amended as follows:

On page 3, line 16, replace "drug type" with "drug quantity";

On page 14, line 2, replace "distribute a" with "distribute at least five grams of a".